## Commonwealth *v.* Fleming, Appellant.

Argued June 15, 1966. *Ronald Ervais,* with him *Benjamin Goldman,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Letzler, Appellant.

Argued June 16, 1966. *John J. Pentz,* for appellant; *Ervin S. Fennell, Jr.,* Assistant District Attorney, with him *John K. Reilly, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* McCullough, Appellant.

Submitted June 13, 1966. *Richard D. Walker,* Public Defender, for appellant; *Herbert A. Schaffner,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.